No. 01–5573. McBride v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 01–5574. Dunsil v. Rushton, Warden, et al. C. A. 4th Cir. Certiorari denied.

No. 01–5575. Montoya v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–5581. Ogbunufafor v. New York State Education Department. Sup. Ct. N. Y., Albany County. Certiorari denied.

No. 01–5582. Hamilton v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 01–5583. Hampton v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–5586. Garza Garcia v. Lambert, Superintendent, Washington State Penitentiary. C. A. 9th Cir. Certiorari denied.

No. 01–5587. Hernandez v. Ratelle, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 01–5588. Holmes v. McGinnis, Superintendent, Southport Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 01–5589. Harman v. Emrich. Ct. App. Ohio, Stark County. Certiorari denied.

No. 01–5590. Fiorentino v. Vanderbilt et al. C. A. 8th Cir. Certiorari denied.

No. 01–5592. Hardwick v. Varner, Superintendent, State Correctional Institution at Dallas, et al. C. A. 3d Cir. Certiorari denied.

No. 01–5594. Guerrero v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.